## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

| | |
|---|---|
| Richard Swink,<br><br>                    Plaintiff,<br><br>– against–<br><br><br>Loan Depot and Equifax Information Services, LLC,<br><br>                    Defendant(s). | Civil Action No. 2:22-cv-00477-JLB-NPM |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Richard Swink, through its attorneys, the Law Office of Robert S. Gitmeid & Associates, PLLC, hereby dismisses Defendant Loan Depot from this action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this the 15th day of August, 2022.

**RICHARD SWINK**

**Counsel for Plaintiff:**

/s/ Thomas Bellinder
Thomas Bellinder, Esquire (Bar No. 65254)
180 Maiden Lane, 27th Floor
New York, NY 10038
(866) 707-4595
Thomas.B@gitmeidlaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Thomas J. Bellinder, hereby certify that a true and correct copy of a notice of service of the foregoing has been filed with the clerk of court via the ECF system which should provide a copy to counsel of record for all parties who have appeared in this matter via electronic means.

      This the 15th day of August, 2022.
      BY: __ /s/ Thomas J. Bellinder, Esq. _____